```
                                                    FILED
                                                  DEC 18 2008
                                              CLERK, U.S. DISTRICT COURT
Judgment in a Criminal Case                   SOUTHERN DISTRICT OF CALIFORNIA
Sheet 1                                       BY                    DEPUTY
```

# United States District Court

## Southern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Vs | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987) |
| Ilse Cappel | Case Number: 02CR3104-W |
| | Michael L. Lipman<br>Defendant's Attorney |

**REGISTRATION NO. 84171198**

THE DEFENDANT:
pleaded guilty to count one of the information.

Accordingly, the defendant is adjudged guilty of such counts, which involve the following offenses:

| **Title & Section** | **Nature of Offense** | **Count Number** |
|---|---|---|
| 18 USC 371, 1344 | Conspiracy to Commit Bank Fraud | 1 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Assessment $100.00, forthwith.

Fine waived

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within thirty days of any change of name, residence or mailing address until all fines, restitution costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

December 18, 2008
Date of Imposition of Sentence

HON. THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE

Judgment in a Criminal Case
Sheet 2 - Probation

DEFENDANT: Ilse Cappel  
CASE NUMBER: 02CR3104-W

Judgment - Page 2 of 4

## PROBATION

The defendant is hereby sentenced to probation for a term of 5 years.

**For offenses committed on or after September 13, 1994:**
The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter as determined by the court. Testing requirements will not exceed submission of more than eight drug tests per month during the term of supervision, unless otherwise ordered by the court.

- __X__ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse
- ___ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.
- __X__ The defendant shall cooperate in the collection of DNA as directed by the probation officer pursuant to 18 USC 3583(d).
- ___ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.
- ___ The defendant shall participate in an approved program for domestic violence.

If this judgment imposes a fine or restitution obligation, it is a condition of probation that the defendant pay any such restitution in accordance with the Schedule of Payments sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the special conditions imposed.

### STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his or her dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons.
6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered.
9) The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.
11) The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Judgment in a Criminal Case
Sheet 4 - Continued Conditions of Supervision

DEFENDANT: Ilse Cappel
CASE NUMBER: 02CR3104-W

Judgment - Page 3 of 4

## SPECIAL CONDITIONS OF SUPERVISION

__ The defendant shall submit to search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer or other law enforcement officer.

__ The defendant shall provide complete disclosure of personal and business financial records to the probation officer as requested.

<u>AO 245 S   FINE PROVISIONS OF THE JUDGMENT</u>

DEFENDANT: Ilse Cappel
CASE NUMBER: 02CR3104-W

JUDGMENT - PAGE 4 OF 4

## FINE PROVISION OF THE JUDGMENT

IT IS ORDERED that the defendant pay a fine to the Clerk, U.S. District Court, in the amount of $7,500.00 within the first two years of probation.